UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEYSTONE RV COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIRECO INC, ) <br> ) <br> Defendant. ) | CAUSE NO. 3:08-CV-414 PPS |

**OPINION AND ORDER**

On April 21, 2009, this Court denied without prejudice the parties' motion for protective order because it failed to include language providing that any member of the public the opportunity to challenge the classification of certain documents as classified. Upon closer inspection of the parties' proposed order, however, this Court has determined that the proposed protective order did, indeed, include the relevant provision. As such, this Court **ORDERS** its prior order, denying the parties motion, to be stricken from the docket. [Doc. No. 20]. In addition, this Court now **GRANTS** the parties' motion for protective order, *nunc pro tunc*. [Doc. No. 19].

**SO ORDERED.**

Dated this 23rd Day of April, 2009.

 S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge